

```
                                           FILED
                                      U.S. DISTRICT COURT

                                        2012 NOV 13  A 10: 31

                                         DISTRICT OF UTAH

                                      BY:_____
                                          DEPUTY CLERK
```

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KEITH ALLAN HUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL GOVERNMENT,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:12-CV-593 DB |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on October 24th, 2012, recommending Plaintiff's case be dismissed.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and

DISMISSES the Plaintiff's case.

It is so ordered.

Dated this 9th day of November, 2012.

BY THE COURT

Dee Benson, Judge
United States District Court